MORRISON ET AL., APPELLANTS, *v.* LIMA RADIOLOGISTS ASSOCIATION OF LIMA, INC.; LIKE ET AL., APPELLEES.

[Cite as Morrison *v.* Lima Radiologists Assn. of Lima, Inc. (1986), 28 Ohio St. 3d 310.]

(No. 86-767—Decided December 22, 1986.)

*William J. Ahern,* for appellants.
*Gooding, Evans & Huffman, Lawrence S. Huffman* and *Matthew C. Huffman,* for appellee L. W. Like, M.D.

The judgment of the court of appeals in case No. 1-84-65, pursuant to appellants' Proposition of Law No. 1, is hereby reversed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is remanded to the trial court.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.